**Victor Bernard PERKINS,
Plaintiff—Appellant,**

v.

**G. Alan DUBOIS, Defendant—Appellee.**

No. 11–7726.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 23, 2012.

Decided: Feb. 28, 2012.

318

Victor Bernard Perkins, Appellant Pro Se.

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Bernard Perkins appeals the district court's order dismissing as frivolous and for failure to state a claim his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Perkins v. DuBois*, No. 5:11–ct–03087–D, 2011 WL 6034546 (E.D.N.C. Dec. 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*